ESTATE OF Fernando SAUCEDA; et al., Plaintiffs-Appellees,

v.

CITY OF NORTH LAS VEGAS and North Las Vegas Police Department, Defendants,

and

Jeffrey Pollard, Defendant-Appellant.

No. 15-17518

United States Court of Appeals, Ninth Circuit.

Submitted January 9, 2017 * San Francisco, California

Filed July 11, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R. App. P. 34(a)(2).

Eckley Martin Keach, Trial Attorney, Eckley M. Keach, Chtd., Las Vegas, NV, Robert Ellis Murdock, Esquire, Murdock & Associates, Chtd., Las Vegas, NV, for Plaintiffs-Appellees

Robert Wilson Freeman, Jr., Esquire, Attorney, Lewis Brisbois Bisgaard & Smith, LLP, Las Vegas, NV, for Defendants

Robert Wilson Freeman, Jr., Esquire, Attorney, Lewis Brisbois Bisgaard & Smith, LLP, Las Vegas, NV, for Defendant-Appellant

Before: WALLACE, CLIFTON, and M. SMITH, Circuit Judges.

### ORDER **

The district court's summary judgment orders are VACATED and the case is REMANDED to the district court so that the court can consider the summary judgment issues in light of *County of Los Angeles v. Mendez*, —— U.S. ——, 137 S.Ct. 1539, 198 L.Ed.2d 52 (2017).

Each party shall bear its own costs on appeal.

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).